WY

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 5, 2004 |
| NAME OF SERVER *(PRINT)* Victor Cabrerra | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:     1300 Morris Drive, Suite 100, Chesterbrook, PA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):     Corporate Service, Service Accepted by Lona C. Cornish

FILED
MAR - 9 2004
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 5, 2004       *Vii Cabrera*
           Date                     Signature of Server

                           2215 Arch Street, Philadelphia, PA 19103
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.