IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMALGAMATED BANK, as Trustee for THE LONGVIEW COLLECTIVE INVESTMENT FUND, Derivatively on Behalf of AMERISOURCEBERGEN CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>R. DAVID YOST, et al.,<br><br>        Defendant,<br><br>– and –<br><br>AMERISOURCEBERGEN CORPORATION, a Delaware corporation,<br><br>        Nominal Defendant. | Civil Action No. 04-CV-0972<br><br>**FILED**<br>JAN 0 4 2006<br>MICHAEL E. KUNZ, Clerk<br>By _____ Dep. Clerk |

## ORDER

AND NOW, this 3rd day of Jan, 2006, upon consideration of Defendants' Unopposed Motion to Convert the Dismissal of This Case to a Dismissal With Prejudice, and, it is **ORDERED** that Motion is **GRANTED,** and the this action is HEREBY DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Yohn, J.

Mailed, A.Eck    Faxed, D.Gross
1-4-06    1-4-06
H. Scher
R. Baron
S. Bizar
T. Manning
W. Lerach